# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLETHA A. STEWART, | ) | 1:09-cv-00965 MJS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER REQUIRING PETITIONER TO |
| v. | ) | SUBMIT SIGNED DECLARATION |
| | ) | |
| M. LATTIMORE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Upon a close examination of the petition submitted to the Court, the Court has discovered that the petition does not contain an original signature.  Local Rule 131 requires a document submitted to the Court for filing to include an original signature.  In addition, Rule 2(c)(5) of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a document stating that she submitted the instant petition to the Court and sign it under penalty of perjury.   The document should contain an original signature.  Petitioner is

1 GRANTED twenty (20) days from the date of service of this order to comply with the Court's
2 directive.
3    Petitioner is forewarned that failure to comply with a Court order will result in dismissal of
4 the petition pursuant to Local Rule 110.

6 IT IS SO ORDERED.

7 **Dated:   April 28, 2010**                    **/s/ Michael J. Seng**
                                                                           UNITED STATES MAGISTRATE JUDGE